Soo Jin Park
5805 Bellanca Dr
Elkridge MD 21075

*(Full name and address of the plaintiff)*
Plaintiff(s)

vs

Department of Homeland Security
31 Hopkins Plaza
Baltimore MD 21201

*(Full name and address of the defendant(s))*
Defendant(s)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUN -5 A 10: 21

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

**RDB 06 CV 1395**

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

\* \* \* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) I have been waiting the response from USINS for 20 months since I took the naturalization test.

U.S. District Court (Rev. 12/2000)

1

I know that I am supposed to get the answer within 120 days. Still, I do not get any answer from them.
I want to know what is my situation as soon as possible.
I know that I passed the test and interview. I know that I never have been involved any criminal activities against the U.S. I am suppossed to get a citizenship in my hand long time ago. So I am asking to make a decision very quick.

- ❏  Damages in the amount of: _____
- ❏  An injunction ordering: _____
- ❏  Other (explain) _____

_____
(original signature of plaintiff)

5805 Bellanca Dr

Elkridge MD 21075

_____
(address of plaintiff)